E-FILED
Wednesday, 03 September, 2014   11:02:26 AM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS          )
                           )SS
COUNTY OF LIVINGSTON       )

### AFFIDAVIT OF WILLIAM COX

I, WILLIAM COX, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1. I am the appointed Superintendent of the Livingston County Jail.

2. As the Superintendent of the Livingston County Jail, I am responsible for the day-to-day operations of the Livingston County Jail. My duties include providing for the administration (including record keeping), security and control of the Livingston County Jail, handling all inmate grievances, and supervising officers, employees and inmates.

3. The Livingston County Jail Detainee Handbook provides that the grievance procedure at the Livingston County Jail requires that an inmate submit a grievance written on an Inmate Grievance Form to correctional staff regarding complaints about jail conditions within five days of the alleged incident. These forms are then submitted by staff to the administration.

4. Upon receiving an Inmate Grievance Form, I will designate one staff member as the Grievance Officer to review the detainee's grievance. The Grievance Officer will investigate and review the grievance and report their findings to the administration and the detainee filing the grievance.

5. When a detainee is dissatisfied with the resolution and response of his or her grievance, they may, within five working days of receipt of the grievance response, appeal in writing directly to me as the Superintendent of the Livingston County Jail. Upon receiving a


DEFENDANT'S EXHIBIT A

grievance response appeal, I will notify the detainee in writing within twenty working days of my decision regarding the grievance response appeal. If the detainee is still not satisfied with the grievance response, they may appeal to the Office of the Jail and Detention Standards Unit of the Illinois Department of Corrections.

6. Sick Call Slips and Medical Request Forms are not grievances.

7. Darryl Smith was booked into the Livingston County Jail on June 6, 2013.

8. Inmate Darryl Smith received a Detainee Handbook when he was booked into the Livingston County Jail on June 6, 2013.

9. On June 7, 2013, Darryl Smith submitted a grievance against Correctional Officer Craig Wilson alleging that on June 6, 2013, Officer Wilson slammed a cell door on his hand.

10. Upon receiving inmate Smith's Inmate Grievance Form, I designated Sgt. Scott Harmon to respond to Smith's grievance.

11. On July 6, 2013, Sgt. Harmon responded to Smith's grievance.

12. Plaintiff received notification of Sgt. Harmon's decision and grievance response on July 7, 2013.

13. Inmate Smith never appealed Sgt. Harmon's response.

14. Darryl Smith did not submit a grievance regarding an allegation of a lack of medical attention; nor is there one in his jail file. I never received an Inmate Grievance Form from Smith regarding an allegation of inadequate medical treatment against Sgt. Scott Harmon or any medical technician.

Further affiant sayeth not.

_____
WILLIAM COX

SUBSCRIBED and SWORN to before me this 29 day of August 2014.

_____
NOTARY PUBLIC

OFFICIAL SEAL
Sarah A Cook
Notary Public, State of Illinois
My Commission Expires 3-18-2017

Pg. 1 of 2

Exhibit A
1 of 2

## Livingston County Jail

( ) REQUEST  (✓) GRIEVENCE

( ) CALLING CARD  ( ) OTHER

NAME: Darryl Smith   DATE: 6/7/13

UNIT/CELL #: C-C-8   TIME: 6:15 PM

Describe your request / grievance / amount of calling card

I Darryl Smith grievence the fact that on 6/6/13 I was being transferred from C.C.J.D.C to Livingston C/o where I was housed in holding cell # during the processing Area & detainees of C.T.D.C was horse playing when officer Wilson called me out, he then told me to step back in he slammed the door on my right ring finger

RECEIVED BY OFFICER: #327   DATE: _____

RESPONSE:
_____
_____
_____
_____
_____

ANSWER GIVEN BY: _____   DATE: _____

DEFENDANT'S EXHIBIT B

LCJ-036

pg 2 of 2   6/6/13

— Darryl Smith / Grievance

— Cont'd, causing me the injury of broken finger & I recieved 5 stitches due to the skin being broken, I feel that his action was not under the code of law & this cruel & unusual punishment which is a violation of my constitutional rights

Respectfully Submitted,
Darryl Smith

Exhibit A
2 of 2

Cook County

# LIVINGSTON COUNTY JAIL
## SICK CALL SLIP/REQUEST/CHARGE SHEET

NAME: Darryl Smith     LOCATION: C-8

PROBLEM: My finger is constantly bleeding, in pain, and the medicine is not working.
*Illness/Injury*

> The cost of your medical care will be determined by your ability to pay and will be assessed to you by the Nurse, Doctor, or Jail Administration as per 730 ILCS 125/20. NO ONE WILL BE DENIED MEDICAL TREATMENT DUE TO INABILITY TO PAY. Detainees, who do not have money on their account, will still be able to be seen by medical staff. A negative balance will be placed on detainee account until balance is paid. The charges for services are listed below:

Signature: Darryl Smith     Date: 6-8-19

*Do not write in shaded area. Doing so will cause this request to become VOID.*

| Service provided (circle all that apply) | charge | Quantity | Total Charges |
|---|---|---|---|
| Sick Call | $5.00 | | |
| Doctor Visit | $10.00 | | |
| Prescription | $ | | |
| Over the counter medication | $ | | |
| Pregnancy Test | $5.00 | | |
| Other | $ | | |
| | | TOTAL | |

COMMENT: Flu Cal dispute

NURSE: [signature]     DATE: 6-10-17

DEFENDANT'S EXHIBIT C
Blumberg No. 5114

LCJ-022

```
   DATE         TIME         LIVINGSTON COUNTY SHERIFF              PAGE   1      JBS007
 /06/13  11:05:37         *** DEFENDANTS JAIL RECORD ***   ID # 000110190    ADULT
                                                           LOCAL ID # 110190
  FBI ID # 722425KD1                                       MISC. ID #
 ATE ID # IL17139101
 URRENT INMATE INFORMATION                        PREVIOUS ADDRESS
 MITH, DARRYL DEVON                               9 AUGUSTA 1
  AUGUSTA 1                                       OAK PARK                IL 00000
 AK PARK              IL 60302
 OME TELE #    - 708-660-9858                     WEARS GLASSES  - N
 ORK TELE #    -                                  WEAR  CONTACTS - N
 MPLOYER       -                                  GRADE LEVEL    - 9
 CCUPATION     -                                  PHOTOGRAPHED   - Y  110190
 LACE OF BIRTH- CHICAGO           IL              MARITAL        - S
 OC SEC #      - 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                      RELIGION       - NONE
 RIVERS LIC #  -      /                           L/R/B HAND     - L
 .O.B.         - 10/02/94                         INMATE TYPE    - M
 GE            - 18                               TYPE OF TIME   - PRES
 EX            - M                                BAC            - .000
 ACE           - B                                STATUS         - 05
 EIGHT         - 6'  1"                           COUNTY CODE    - 016
 EIGHT         - 162                              HOLDING RATE   -    50.00
 YES           - BRO                              CELL           - 01 C  4
 AIR           - BLK
 ATE DNA TAKEN-
 ATE BOOKED    - 6/06/13   ARREST DATE-  6/06/13  LOCKER         - 041
 IME BOOKED    - 11:01
 LIAS:   SMITH, DARRYL
         DOB: 10/02/94   SSN: 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   DL#:    /
 ARKINGS:    TAT R ARM      "CATHERINE" "ANGEL"
             TAT L ARM      CROSS "BLESSED"
             TAT CHEST      "ONE WAY"
 HOLDS:
             COOK COUNTY
 HARGES:
 6/06/13 11:01 5000 M ALL OTHER CRIMINAL OFFENSES
 OCKET: COOK CO    CR#:                BOND$            BY  330-FOSDICK, CODY
                                       BOND TYPE        OF: LIV -LIVINGSTON COUNTY
 OC: LCJ                ADDRESS                         CITY            STATE   ZIP
 EXT OF KIN  MOTHER     SAME
 ATHELINE SMITH
 773-638-2271

 ERSONAL PROPERTY/MISC :
 ELLOW JUMP SUIT
 ETAIL PERSONAL PROPERTY:
 NMATE BEGINNING BALANCE            .00
    HAVE RECEIVED A COPY OF THE JAIL RULES AND AUTHORIZE INSPECTION OF MY MAIL.
 NMATE SIGNATURE:
 /O NAME:                                    ARRESTING OFFICER:
 IV / 330-DEPUTY CODY FOSDICK                LIV / 330-FOSDICK, CODY
```



DEFENDANT'S EXHIBIT D

```
DATE       TIME            LIVINGSTON COUNTY SHERIFF           PAGE    2      JBS007
6/06/13  11:05:37         *** DEFENDANTS JAIL RECORD ***  ID # 000110190     ADULT
  FBI ID # 722425KD1                                    LOCAL ID # 110190
STATE ID # IL17139101                                   MISC. ID #
CURRENT INMATE INFORMATION
SMITH, DARRYL DEVON

PERSONAL PROPERTY/MISC  :
YELLOW JUMP SUIT
DETAIL PERSONAL PROPERTY:
INMATE BEGINNING BALANCE           .00

I HAVE RECEIVED A COPY OF THE JAIL RULES AND AUTHORIZE INSPECTION OF MY MAIL.
INMATE SIGNATURE:  X_____

C/O NAME: _____         ARRESTING OFFICER: _____
LIV / 330-DEPUTY CODY FOSDICK            LIV / 330-FOSDICK, CODY
```

DETAINEE HANDBOOK

# LIVINGSTON COUNTY JAIL

## 844 West Lincoln Street
## Pontiac, IL 61764

### DIRECTIONS TO LIVINGSTON COUNTY JAIL

From I-55 take exit 197 and go East on 116 into Pontiac. Go straight through 3 stoplights over the railroad tracks. Take the second right, which is West Street. Road ends at the County Jail.



DEFENDANT'S EXHIBIT E
Blumberg No. 5114

PROPERTY OF

1

DETAINEE HANDBOOK

13. 2 Bras (females)
14. 1 Pair shoes
15. ~~1 Wrist Band that must remain on your wrist at all times, replacement cost $5.00~~
** A hygiene kit may be requested for $2.50

- All detainees will sign that they have received all issued items. The officer will also sign the receipt. All detainees are responsible for any item issued to him/her. All issued items will be returned. If the item is not returned in the same condition that it was issued, the detainee will be held financially responsible for the items. The cost of the hygiene bag will be charged to the detainee's trust fund account.

## CLASSIFICATION

All detainees will be housed according to assigned classification. The process of Classification begins at intake to the facility and continues throughout the detainee's incarceration. There are three stages of classification.
- Pre-Classification- At intake and during the booking process
- Initial Classification- Prior to housing assignment
- Re-Classification- periodic review during incarceration

Several factors are considered during classification. Following are some of the primary factors:
- Criminal Charges
- Criminal History
- Previous Jail History
- Special Needs

A review of detainee's security and assignment classification shall be conducted at least every 60 days. Detainees may request a review of their classification once every thirty days.

## SECTION II DETAINEE RIGHTS

### RIGHTS AND CONDITION OF CONFINEMENT

While a detainee is confined to the Livingston County Jail, he/she has certain rights, which are derived from the United States Constitution, the Constitution of Illinois, Illinois County Jail Standards and local ordinances and standards.

The following is a brief description of detainee rights. Detainees must be able to distinguish between privileges and rights.
- Due process procedures
- Classification and housing assignment
- Reasonable precautions to protect detainees from physical or verbal harassment or harm by themselves, employees, or other detainees
- Adequate meal service/nutrition
- Adequate medical care or attention
- Safe, sanitary, and humane conditions
- Adequate air quality

PROPERTY OF
LIVINGSTON COUNTY JAIL

6

# DETAINEE HANDBOOK

- The availability of toilet, bathing, laundry, and grooming facilities

Privileges are anything offered by the facility that exceeds that which is required by laws or minimum standards. Some activities or services are a privilege, such as television.

### Prison Rape Elimination Act (PREA)/Custodial Sexual Misconduct

All reports of sexual assault and/or misconduct will be taken seriously. The privacy and consideration of the victim will be our main priority. The Livingston County Jail has a zero tolerance policy concerning sexual assault and/or misconduct. Results of any investigation involving sexual assault and/or misconduct will be forwarded to the States Attorney for prosecution, where appropriate. Detainees who knowingly and intentionally file a false report will face legal action.

### DETAINEE GRIEVANCES

A grievance is an internal, confidential process for the resolution of complaints. It is not a process to:
- Request services
- Insult staff
- Retaliate against staff

A detainee must attempt to informally resolve the issue before filing a grievance. Grievances should not be the only method for resolving an issue. If a detainee cannot resolve the issue informally, he/she should explain why in the grievance. If a detainee files a misleading, slandering (false accusations), including false emergency grievances, the detainee may be subject to disciplinary action or other appropriate action as determined by the Jail Superintendent.

### FILING STANDARD GRIEVANCES

Grievance forms are available at all times from a Pod Control Officer. It is important to fill out the grievance form completely. Detainees may receive assistance in filing procedures from a staff or another detainee.

Detainees must submit grievances within five (5) days of the incident prompting the grievance. Only one grievance may be filed for any single incident or concern. A grievance may be withdrawn at any time by submitting such notification in writing to the Jail Superintendent.

### RESPONSES TO GRIEVANCES

The Jail Superintendent will designate one staff member to review detainee grievances. The grievance Officer will investigate and review all grievances and report their findings in writing to the Jail Superintendent and to the Detainee filing the grievance.

# DETAINEE HANDBOOK

## APPEALING A GRIEVANCE RESPONSE

When a detainee is dissatisfied with the resolution of his/her grievance, he/she may, within five working days of receipt of written notice, appeal in writing to the Jail Superintendent. The Superintendent shall notify the detainee in writing, within twenty working days, (when possible) of the decision of the appeal. If the detainee is still not satisfied, he/she may appeal to the Standards Unit in writing:

>   Office of Jail and Detention Standards
>   P.O. Box 19277
>   1301 Concordia Court
>   Springfield, IL  62794-9277

## SECTION III  GENERAL OPERATIONS

### ASSISTANCE & REFERRALS- Social Services

A list of local Medical and Mental Health agencies is available upon request.

### MEAL SERVICE

The meals provide sufficient nutritional value. All meals are to be eaten in the day room area other than detainees that are on lockdown status. Detainees will be required to sit at the tables in order for the meal to be served. Detainees will remain seated at all times while the detainee workers are serving the meal. At the completion of meals, detainees are required to empty their trays into the trash receptacles provided for this purpose. Throwing utensils, trays or cups in the trash receptacles is a misuse of county property and may result in discipline. Detainees with special diet needs should submit such requests to medical staff through a sick call. Request for menu substitutes due to detainee religious beliefs should be made in writing to the Jail Superintendent.

### DETAINEE MOVEMENT

While moving throughout the facility, detainees will be required to follow staff directions. Detainees are not to attempt to contact other detainees while moving through the facility. It is at the Correctional Officers discretion whether detainees in General Population will be restrained (handcuffed) during movement. Restraints (handcuffs) are required during movement of any detainee in Disciplinary Segregation or any detainee that is considered a high risk.

NAME  __SMITH, DARRYL__

GRIEVANCE DATE   __6-7-2013__

IN RESPONSE TO YOUR GRIEVANCE:

Your "Grievance" is actually a "complaint". A grievance is a complaint or concern that is in direct reference to not following the standards set forth by **Illinois County Jail Standards** only

A Grievance is an internal, confidential process for the resolution of complaints. It is not a process to:
- REQUEST SERVICES
- Insult staff
- Retaliate against staff

Your complaint against correctional staff member(s) will be forwarded to the Sergeant on duty at the time of occurance or the Sergeant in command of the correctional staff member(s)'s chosen shift for evaluation.

DATED   __7-6-2013__

GRIEVANCE OFFICER  __Harmon #204__  __#317__

DATE DETAINEE RECEIVED COPY  __7-7-13__

Cc/Supt.
Cc/Sgts.



DEFENDANT'S EXHIBIT F